| AO 450 (Rev. 11/11) Judgment in a Civil Action |

# UNITED STATES DISTRICT COURT
## for the
### Northern District of West Virginia

FILED
AUG 13 2019
U.S. DISTRICT COURT
WHEELING, WV 26003

JAMIE STRUBE )
*Plaintiff* )
COMMISSIONER OF SOCIAL SECURITY )  Civil Action No.   5:18-CV-121
)
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

[✓] that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; that Plaintiff's motion for Summary Judgment is DENIED; that Defendant's Motion for Summary Judgment is GRANTED; that the Commissioner's decision is AFFIRMED; and that this civil action is DISMISSED WITH PREJUDICE and STRICKEN from the active docket of this Court; and it is further

other: ORDERED that the parties have waived their right to seek appellate review of this matter..

This action was *(check one)*:

[✓] decided by Judge   FREDERICK P. STAMP, JR.

Date: 08/13/2019

**Cheryl Dean Riley**
*CLERK OF COURT*

By: S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*